Commonwealth *v.* Futch, Appellant.

Argued November 16, 1972.   *John H. Corbett, Jr.,* Assistant Public Defender, with him *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Richard F. Andracki,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.

Commonwealth *v.* Hartman, Appellant.

Argued November 13, 1972.   *R. M. Hartman, Jr.,* O. D., appellant, in propria persona; *Robert L. Orr,* with him *Harold F. Reed, Jr.,* for Commonwealth, appellees.

Order affirmed; reargument refused January 23, 1973.